JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY INS. CO., <br><br> PLAINTIFF, <br> v. <br><br> ELECTROLUX HOME PRODUCTS, INC., <br><br> DEFENDANT. | CASE NUMBER <br><br> CV 12-5112-DMG (Ex) <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable  Dolly M. Gee , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff, Travelers Property Casualty Ins. Co., take nothing; that the action be dismissed on the merits; and that the defendant, Electrolux Home Products, Inc., recover of the plaintiff its costs of action.

                                             Clerk, U. S. District Court

Dated: July 10, 2013                          By /s/ V. R. Vallery
                                                         Deputy Clerk

At: Los Angeles, California

cc:      Counsel of record